1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT DUANE FRANKLIN

11          Plaintiff,                    No. CIV 08-1223BHS

12      vs.

13  G. DUDLEY, M. MILLER, and          ORDER
    DR. S.M. ROCHE
14          Defendants.

15  _____/

16          Plaintiff is a state prisoner proceeding *pro se*.  Plaintiff seeks relief pursuant to 42

17  U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18  § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19  § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21  U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23  U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee

24  in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will

25  direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account

26  and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly

1

1 | payments of twenty percent of the preceding month's income credited to plaintiff's prison trust

2 | account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court

3 | each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28

4 | U.S.C. § 1915(b)(2).

5 | The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

6 | and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

7 | reasonable opportunity to prevail on the merits of this action.

8 | In accordance with the above, IT IS HEREBY ORDERED that:

9 | 1.  Plaintiff's request for leave to proceed in forma pauperis is **GRANTED**.

10 | 2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

11 | Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.

12 | § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the

13 | Director of the California Department of Corrections and Rehabilitation filed concurrently

14 | herewith.

15 | 3.  Service is appropriate for the following defendants: G. Dudley, M. Miller and

16 | S.M. Roche.

17 | 4.  The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons,

18 | an instruction sheet and a copy of the complaint filed September 17, 2007.

19 | 5.  No later than March 2, 2009, plaintiff shall complete the attached Notice of

20 | Submission of Documents and submit the following documents to the court:

21 | a.  The completed Notice of Submission of Documents;

22 | b.  One completed summons;

23 | c.  One completed USM-285 form for each defendant listed in number 3

24 | above; and

25 | d.  4 copies of the endorsed complaint filed September 17, 2007.

26 | 6.  Plaintiff need not attempt service on defendants and need not request waiver of

service.  Upon receipt of the above-described documents, the court will direct the United States

Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

without payment of costs.

DATED: 5th day of February, 2009.

BENJAMIN H. SETTLE
United States District Judge

3

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT DUANE FRANKLIN

11              Plaintiff,                          No. CIV 08-1223BHS

12       vs.

13  G. DUDLEY, M. MILLER, and            NOTICE OF SUBMISSION
14  DR. S.M. ROCHE                       OF DOCUMENTS
                 Defendants.
15

16  _____/

17          Plaintiff hereby submits the following documents in compliance with the court's

18  order filed _____:

19  _____        completed summons form

20  _____        completed USM-285 forms

21  _____        copies of the _____
22                [Complaint/Amended Complaint]

23  DATED:

24

25

26                                       _____
                                         Plaintiff