IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANNE FRANKLIN,<br><br>        Plaintiff,<br><br>   v.<br><br>G. DUDLEY, et al.,<br><br>        Defendants. | NO. CIV 08-1223 BHS<br><br>NOTICE TO PLAINTIFF RE REQUEST FOR STATUS REPORT |

On June 1, 2009, Plaintiff filed a request for a status report regarding his civil rights complaint. Dkt. 19.

On March 4, 2009, the Court issued an order directing service on Defendants. Dkt. 18. Plaintiff is advised that if Defendants did not waive service of summons within 60 days after the March 4, 2009 order, the United States Marshal is directed to serve Defendants. *See id.* at 2. Once Defendants have been served, the Marshal will file a return of service for Defendants. *Id*.

The Clerk is directed to provide a copy of this order to Plaintiff and to the United States Marshal.

DATED this 8th day of June, 2009.

                                          /s/ Benjamin H. Settle
                                         BENJAMIN H. SETTLE
                                         United States District Judge

ORDER