IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUANNE FRANKLIN,<br><br>        Plaintiff,<br><br>  v.<br><br>G. DUDLEY, et al.,<br><br>        Defendants. | NO. CIV 08-1223BHS<br><br>NOTICE TO PLAINTIFF RE REQUEST FOR STATUS REPORT |

On June 22, 2009, Plaintiff filed a request for a status report regarding his civil rights complaint. Dkt. 22. Plaintiff also moved the Court for an extension for service of the summons. Dkt. 21.

The Court has contacted the Marshal's office and the Clerk's office regarding Plaintiff's request for a status update, and the Clerk has recently processed the service documents to the Marshal's office for service on the named Defendants. Plaintiff is granted an extension to allow for service of his complaint by the Marshal.

The Clerk is directed to provide a copy of this Order to the Marshal.

DATED this 17th day of August, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER